# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KENNETH R. WHITE, : | |
| Plaintiff, : | |
| : | Case No. 3:06cv0127 |
| vs. : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, : | |
| Commissioner of the Social | |
| Security Administration, : | |
| Defendant. : | |
| : | |

# DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #27), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 14, 2008 (Doc. #27) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #17) is GRANTED;

3. Plaintiff is awarded fees and expenses under the EAJA in the amount of $5,053.67; and

4. This case remains terminated on the docket of this Court.

December 8, 2008					*S/THOMAS M. ROSE

								_____
								         Thomas M. Rose
								United States District Judge